UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:18-cv-00170-FDW

| | |
|---|---|
| FREDERICK J. COLOSIMO., | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

THIS MATTER is before the Court on parties' Joint Motion to Stay All Proceedings Pending Class-Certification Litigation in Related Case (Doc. No. 25). For the reasons stated therein, parties' Motion is GRANTED.

IT IS HEREBY ORDERED that this case is STAYED until the district court in Ely v. Berryhill, No. 4:18-cv-00557-BPV, Dkt. #18 (D. Ariz.) issues a decision on the forthcoming motion for class certification and, if a class is certified in Ely, until the conclusion of all proceedings in Ely, including any appeals.

IT IS FURTHER ORDERED that the parties in this case shall submit a joint status report to this Court within ten (10) days of the issuance of a decision on the forthcoming motion for class certification in Ely.

IT IS SO ORDERED.

Signed: March 7, 2019

Frank D. Whitney
Chief United States District Judge